FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Roscoe Chambers 13445-030
(Name of Plaintiff)  (Inmate Number)

USP Lewisburg P.O. BOX 1000 Lewisburg PA 17837
(Address)

(2) _____
(Name of Plaintiff)  (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

FILED
WILLIAMSPORT
MAY 11 2018
PER _____
DEPUTY CLERK

3: CV 18-1009
(Case Number)

vs.

(1) Warden David J EBBert
(2) Regional Director M.D. Carvajol
(3) Assist Warden ColBert
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

　　A.　If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

5:17-CV-02564-MWF-KES, 5:17-CV-01353-MWF-KES, 3:17-CV-00996-JPC-RJD 2017 Denying adequate medical care and excessive force,

1

Defendants

4) C/O J. Moyer-
5) Whitaker
6) DHO officer Cerney
7) Record Supervisory Olsheski

Page 1(a)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

 1. What steps did you take? The Regional Director and warden are Hindering my rights to Exhaust the Administration Remedys

 2. What was the result? They are rejecting them and not filing them pursuant to 28.C.F.R. 542.10-18

D. If your answer to "B" is No, explain why not: The regional Director and warden are trying to help staff retaliate and coverup illegal acts

III. **DEFENDANTS**

(1) Name of first defendant: Warden David J EBBert
Employed as Warden at USP. Lewisburg
Mailing address: USP Lewisburg 2400 Robert F. Miller Drive Lewisburg PA 17837

(2) Name of second defendant: Regional Director M.D. Carvajol
Employed as Regional Director at Northeast Regional office
Mailing address: US Custom House 7th floor 2nd + Chestnut philadelphia PA 19106

(3) Name of third defendant: Assistant Warden Colbert
Employed as Assistant Warden at USP Lewisburg
Mailing address: 2400 Robert F Miller Drive Lewisburg PA 17837

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Defendant #1 warden David J EBBert was giving seval request that I was being harrassed by %o J Moyor, This officer retaliated on me filed several incident reports I have lost good time

2

Defendants

4) C/O J Moyor
Employed as Correctional officer at USP Lewisburg
Mailing Address: 2400 Robert F Miller Drive Lewisburg PA17837

5) Whitaker
Employed as psycologist at USP Lewisburg
Mailing address 2400 Robert F Miller Drive Lewisburg PA 17837

6) DHO officer Cerney
Employed as DHO officer at USP Lewisburg
Mailing address 2400 Robert F Miller Drive Lewisburg PA 17837

7) Record Supervisor OLsheski
Employed as Records Supervisor at USP Lewisburg
Mailing address 2400 Robert F Miller Drive Lewisburg PA 17837

page 2a

Statement of Claim

4) C/O J Moyor frabricated a incident reports to retaliate against me for filing on him and for having my other false incident reports over turned, I lost 27 good times Days I have to do the SMU program over cant talk to my family for six months or get visitr.

5) Whitaker conspired with DHO officer to violate my Due process right pursuant to program statement 5270.09 denied me the right to present evidence and witness to help C/o Moyor retaliate against me.

6) DHO officer Cerney conspired with staff representative to Deny my procedural Due Process pursuant to program statement 5270.09 and 1330.18 to violate my substantial rights and Loss of Privileges,

7) Record Supervisory Olsheski. Delayed and Tamper with Destroy my mail pursuant to program statement 5265.09 and 18 U.S.C 1701, 1693, 1703 this staff member held my mail to the court after he took one stamp off to claim it lack postage, the court I dont know if the got it in time to make there ruling he kept these letters from 4-16-18 to 4-24-18 I have not Heard from my family or other agency's I have been trying to contact through the U.S. Mail

page 2 B

2) Regional Director MD Carvajol refuse to process my DHO appeal from Incident report # 301 3329 where the Western Regional Director sent him a memorandum stating the DHO officer must Amend the DHO Report and he must add the memorandum from the warden at USP victorville stating he substituted chambers staff Rep and why, He did not attached it because the DHO officer Lied, so insted of filing it, the Regional Director refuse so he would not have to Expunge this Incident Report, attached DHO Amenda Report and refuse Incident repot # 3106 016 Because he Know the % Moyor Lied and he would have to assault this Incident Report

page 2

have to repeat the program over, they tuk my visit and phone privileges for six months I can't talk or see my family the warden done nothing

2. Regional Director violated my due process of law rights to exhaust my DHO Hearing on April 4, 2018, and refusing to investigate staff retaliating on me for reporting him saying he was going to freak me in the butt, in violation of program statement 1330.18

3. Assist warden Colbert, refuse to intervene in staff threatening to do sexual stuff to me or fabricating false incident reports to retaliate against me filing on them

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want each Defendant to compensate me monetary value of 100,000.00 each and the F.B.O.P to Award me $5,000,000.00 for pain and suffering and loss of Privileges. I want these Defendants fired!

2. I want the court to review the camera footage and Expunge these fabricate incident reports my good time days restored

3. I want to be transferred to a low security facility near Chicago

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8 th___ day of ___May___, 20_18_.

_Roscoe Chambers_
(Signature of Plaintiff)

## Certificate of Service

I Roscoe Chambers Hereby certify the following to Be true and correct and A complete copy was sent to the Court,

    Civil complaint @ 28 U.S.C. 1331 Federal officials and request to proceed without payment

Which is deemed filed on the date that it is presented to prison officials for forwarding to the United States Postal Service under Houston v. Lack 101 Led.2d 245 (1988) upon the Court and served parties to the litigation and/or his/her attorneys of record, by placing same in a sealed postage prepaid envelope Addressed to:

    Clerk of Court US Courthouse 240 west Third Street suite 218 williamsport, PA 17701-6412

And Deposited same in the legal Mail Depository at USP Lewisburg on May 8, 2018

May 8, 2018

Roscoe Chambers 13495-030
USP Lewisburg
Special Management Unit
P.O. Box 1000
Lewisburg, PA 17837



Inmate Name: Boscoe Chambers
Register Number: 13495-030
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

MAY 09 2018

US District Courthouse
Herman T. Schneebeli Federal Building
240 West Third Street suite 218
Williamsport, PA 17701-6412

RECEIVED
WILLIAMSPORT
MAY 11 2018
Per _____ DEPUTY CLERK

Legal Mail