# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCOE CHAMBERS, #13495-030, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN DAVID J. EBBERT, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:18-cv-01009 <br><br> (MARIANI, J.) <br> (SAPORITO, M.J.) |

## ORDER

AND NOW, this **21st** day of December, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's *pro se* "Motion to Object to Magistrate Judge Saporito Order Doc # 42," (Doc. 46) is **DENIED** to the extent it may be liberally construed as motion for reconsideration;

2. The plaintiff's *pro se* "Motion to Object to Magistrate Judge Saporito Order Doc # 42," (Doc. 46) is **DENIED** to the extent it may be liberally construed as a motion for recusal; and

3. The Clerk is directed to re-docket the plaintiff's *pro se* "Motion to Object to Magistrate Judge Saporito Order Doc # 42," (Doc. 46) also as

an Appeal of Magistrate Judge Decision to District Court with respect to our Order denying the plaintiff's *pro se* motion for entry of default (Doc. 42).

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge