IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROSCOE CHAMBERS,                )
                                )
        Plaintiff               )
                                )
    vs.                         )   Case No. 3:18-cv-1009
                                )
WARDEN DAVID J. EBBERT, et al., )
                                )
        Defendants              )

## ORDER

AND NOW, this 30th day of September, 2019, in consideration of Plaintiff Roscoe Chambers' failure to pay the required filing fee by September 25, 2019, in violation of the Court's September 5, 2019 Order (Doc. No. 76),

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE for failure to prosecute.

Alan N. Bloch
United States District Judge

ecf:    Counsel of record

cc:     Roscoe Chambers, Reg. No. 13495-030
        AUSP Thomson
        U.S. Pentitentiary
        P.O. Box 1002
        Thomson, IL, 61285