IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCOE CHAMBERS, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No. 3:18-cv-1009 |
| WARDEN DAVID J. EBBERT, et al., | ) ) ) |
| Defendants | ) |

O R D E R

AND NOW, this 17th day of November, 2020, in consideration of Plaintiff Roscoe Chambers' *pro se* Rule 60(b) Motion and brief in support thereof (Doc. Nos. 83 and 84), filed on September 1, 2020, and in further consideration of the Government's response thereto (Doc. No. 85), filed on September 10, 2020,

IT IS HEREBY ORDERED that said motion is DENIED, there being no basis for disturbing the Court's previous order dismissing this case.

_____
Alan N. Bloch
United States District Judge

ecf: Counsel of record

cc: Roscoe Chambers, Reg. No. 13495-030
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL, 61285